UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADAM HAWTHORNE,<br><br>              Plaintiff,<br><br>    v.<br><br>C/O GRINER, et al.,<br><br>              Defendants. | Case No. 3:13-cv-00225-MMD-WGC<br><br>ORDER |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, *see* 28 U.S.C. § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (dkt. no. 1). Plaintiff did not pay the filing fee, nor did he submit an application to proceed *in forma pauperis* with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Based upon review of the file, it does not appear that a dismissal without prejudice would affect materially the timeliness of a promptly filed new action.[1]

IT IS THEREFORE ORDERED that the Clerk of the Court shall send plaintiff a blank form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions.

---

[1] Plaintiff alleges that the events occurred between December 10, 2009 and March 2010. The two-year period of limitation applicable to civil rights actions pursuant to 42 U.S.C. § 1983 expired more than a year before plaintiff commenced this action on or around May 2, 2013. *See* Nev. Rev. Stat. § 11.190(4)(e). *See also Perez v. Seevers*, 869 F.2d 425, 426 (9th Cir. 1989) (per curiam).

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice to plaintiff's commencement of a *new* action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall enter judgment accordingly.

DATED THIS 20th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE